1  Deverie J. Christensen, Bar No. 6596
   christensend@jacksonlewis.com
2  Lisa A. McClane Bar No. 10139
   Lisa.McClane@jacksonlewis.com
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway
4  Suite 600
   Las Vegas, Nevada 89169
5  Tel: (702) 921-2460
6  Fax: (702) 921-2461

7  *Attorneys for Defendants*

8

9              UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA

11 | GEORGE M. DEAN, | Case No.: 2:16-cv-01669-JAD-CWH |
12 |                 Plaintiff, |
13 | v. |
14 |
15 | MGM RESORTS INTERNATIONAL, a Foreign | **STIPULATION AND ORDER TO (1)**
   | Corporation; ARIA RESORT & CASINO, LLC, | **DISMISS MGM RESORTS**
16 | dba ARIA RESORT & CASINO, a Domestic | **INTERNATIONAL WITHOUT**
   | Limited-Liability Company; DOES I through X, | **PREJUDICE AND (2) CORRECT**
17 | inclusive, ROE CORPORATIONS I through X, | **CAPTION**
   | inclusive |
18 |
19 |                 Defendants. |

20      Defendant MGM RESORTS INTERNATIONAL and Plaintiff GEORGE DEAN hereby

21  stipulate as follows:

22      1.      That Defendant MGM RESORTS INTERNATIONAL be dismissed from this

23  action without prejudice;

24

25      2.      That the caption be revised to reflect the entity identified as "MGM RESORTS

26  INTERNATIONAL, a Foreign Corporation" shall be stricken from the caption; and

27

28

JACKSON LEWIS P.C.
   LAS VEGAS

This stipulation is submitted and based upon the following:

1. Defendant Aria Resort & Casino, LLC was Plaintiff's employer and is the proper Defendant in this action. As such, there is good cause for dismissing MGM Resorts International from this action; and

2. That this request is made in good faith and not for the purpose of delay.

Respectfully submitted this 26th day of September, 2016.

| HATFIELD & ASSOCIATES, LTD. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Trevor J. Hatfield | /s/ Lisa A. McClane |
| Trevor J. Hatfield, Bar No. 7373 | Deverie J. Christensen, Bar No. 6596 |
| 703 S. Eighth St. | Lisa A. McClane, Bar No. 10139 |
| Las Vegas, Nevada 89101 | 3800 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

Based on the parties' stipulation [ECF No. 5] and good cause appearing, IT IS HEREBY ORDERED that **all claims against MGM Resorts International are DISMISSED** with prejudice, each party to bear its own fees and costs. The caption shall be amended to exclude this now-dismissed defendant.

Dated: September 27, 2016.

_____
UNITED STATES DISTRICT JUDGE