Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
Lisa A. McClane Bar No. 10139
Lisa.McClane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE M. DEAN,<br><br>    Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; ARIA RESORT & CASINO, LLC, dba ARIA RESORT & CASINO , a Domestic Limited-Liability Company; DOES I through X, inclusive, ROE CORPORATIONS I through X, inclusive<br><br>    Defendants. | Case No.: 2:16-cv-01669-JAD-CWH<br><br>**STIPULATION AND AMENDED ORDER DISMISSING CLAIMS AGAINST MGM RESORTS INTERNATIONAL WITHOUT PREJUDICE** |

Defendant MGM RESORTS INTERNATIONAL and Plaintiff GEORGE DEAN hereby stipulate as follows:

1. That Defendant MGM RESORTS INTERNATIONAL be dismissed from this action without prejudice;

2. That the caption be revised to reflect the entity identified as "MGM RESORTS INTERNATIONAL, a Foreign Corporation" shall be stricken from the caption; and

JACKSON LEWIS P.C.
LAS VEGAS

This stipulation is submitted and based upon the following:

1. Defendant Aria Resort & Casino, LLC was Plaintiff's employer and is the proper Defendant in this action. As such, there is good cause for dismissing MGM Resorts International from this action; and

2. That this request is made in good faith and not for the purpose of delay.

Respectfully submitted this 26th day of September, 2016.

| HATFIELD & ASSOCIATES, LTD. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Trevor J. Hatfield | /s/ Lisa A. McClane |
| Trevor J. Hatfield, Bar No. 7373 | Deverie J. Christensen, Bar No. 6596 |
| 703 S. Eighth St. | Lisa A. McClane, Bar No. 10139 |
| Las Vegas, Nevada 89101 | 3800 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

Based on the parties' stipulation [ECF No. 5] and good cause appearing, IT IS HEREBY ORDERED that **all claims against MGM Resorts International are DISMISSED** without prejudice. The caption shall be amended to exclude this now-dismissed defendant.

Dated: September 27, 2016.

_____
UNITED STATES DISTRICT JUDGE