Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
Lisa A. McClane Bar No. 10139
Lisa.McClane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE M. DEAN,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC, dba ARIA RESORT & CASINO , a Domestic Limited-Liability Company; DOES I through X, inclusive, ROE CORPORATIONS I through X, inclusive<br><br>Defendant. | Case No.: 2:16-cv-01669-JAD-CWH<br><br>**DEFENDANT'S CERTIFICATE AS TO INTERESTED PARTIES** |

The undersigned counsel of record for Aria Resort & Casino LLC dba Aria Resort & Casino ("Defendant"), certifies that other than the parties named in the caption above, the following have an interest in the outcome of this case:

- Aria Resort & Casino LLC; and

- MGM Resorts International. MGM Resorts International is publicly traded on the New York Stock Exchange, symbol "MGM".

JACKSON LEWIS P.C.
LAS VEGAS

These representations are made to enable judges of the Court to evaluate possible recusal.

Dated this 11th day of October, 2016.

          JACKSON LEWIS P.C.

          /s/Lisa A. McClane
          Deverie J. Christensen, Bar No. 6596
          Lisa McClane, Bar No. 10139
          3800 Howard Hughes Parkway, Suite 600
          Las Vegas, Nevada 89169

          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee Jackson Lewis P.C. and that on this _11_ day of October, 2016, I caused to be sent via ECF filing, a true and correct copy of the above and foregoing **DEFENDANT'S CERTIFICATE AS TO INTERESTED PARTIES** properly addressed to the following:

Trevor J. Hatfield
703 S. Eighth St.
Las Vegas, NV 89101

Attorney for Plaintiff

_____
Employee of Jackson Lewis P.C.

4848-1688-1210, v. 1

JACKSON LEWIS P.C.
LAS VEGAS

-3-