UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

GEORGE M. DEAN,

        Plaintiff,

vs.

MGM RESORTS INTERNATIONAL, *et al.*,

        Defendants.

2:16-cv-01669-JAD-CWH

**ORDER**

[Plaintiff's Motion to Continue Early Neutral Evaluation (ECF No. 11)]

       Before the Court is Plaintiff's Motion to Continue Early Neutral Evaluation (ECF No. 11). In light of Plaintiff's counsel's schedule, sufficient reason has been given to reschedule the Early Neutral Evaluation session. *Id.*

       Accordingly,

       IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Early Neutral Evaluation (ECF No. 11) is GRANTED.

       The Early Neutral Evaluation session scheduled for December 12, 2016 is VACATED and RESCHEDULED to 10:00 a.m., January 18, 2017. The confidential statement is due by 4:00 p.m., January 11, 2017. All else as stated in the Order scheduling ENE (ECF No. 8) remains unchanged.

       DATED this 16th day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE