TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE M. DEAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, dba ARIA RESORT & CASINO, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:16-cv-01669-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXTENSION FOR DEFENDANT TO REPLY**<br><br>ECF No. 31 |

COMES NOW, Plaintiff, GEORGE M. DEAN, (hereinafter, "Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendants, above-captioned, by and through their counsel the law firm of Jackson Lewis, LLP, and record and do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendants' Motion for Summary Judgment [ECF No. 30] and the time for Defendant to Reply to Plaintiff's Response. Accordingly, Plaintiff shall have up to and including August 28, 2017 to respond to Defendants' Motion and Defendants shall have up to and including September 18, 2017 to file a Reply. The reason that the extension is requested is due to Plaintiff's counsel having been out of his office for the previous week for vacation and due to staff vacations the subsequent week.

///

1

Accordingly, Plaintiff shall have up to and including August 28, 2017 to respond to Defendants' Motion [ECF No. 30] and Defendants are granted an extension up to and including September 18, 2017 to file the reply brief.

Dated: August 11, 2017.                    Dated: August 11, 2017

HATFIELD & ASSOCIATES, LTD.                JACKSON LEWIS, LLP

/s/ Trevor J. Hatfield                     /s/ Lisa A. McClane
_____                _____
Trevor J. Hatfield, Esq.                   Lisa A. McClane, Esq.
Nevada Bar No. 7373                        Nevada Bar. No. 5978
703 S. Eighth St.                          3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89101                        Las Vegas, NV 89168
(702) 388-4469 Tel.                        (702) 921-2460 Tel.
(702) 386-9825 Fax                         (702) 921-2461 Fax
Email: thatfield@hatfieldlawassociates.com Email: Lisa.McClane@jacksonlewis.com
Attorneys for Plaintiff                    Attorneys for Defendant

**IT IS SO ORDERED.**

Dated   8/11/17

_____
MAGISTRATE/JUDGE

Respectfully submitted:

Dated August 11, 2017

**HATFIELD & ASSOCIATES, LTD.**

By:   */s/ Trevor J. Hatfield*
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*